UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AISHE UMEROVA,

Petitioner,

v.

JEREMY CASEY, et al.,

Respondents.

Case No.: 26-cv-1886-RSH-MSB

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On March 25, 2026, petitioner Aishe Umerova filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner contends that her immigration detention without a bond hearing has become unduly prolonged in violation of the due process clause. ECF No. 1 ¶¶ 43-51.

On April 1, 2026, Respondents filed a return stating that given the rulings by courts in this District and the circumstances in this case, "the government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF No. 4 at 1-2.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Aishe Umerova before an immigration court within ***seven (7) days***

of this order, at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight. The Court declines to order Petitioner's immediate release.

**IT IS SO ORDERED**.

Dated: April 1, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge